UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:12CR3095-01 |
| ) | |
| SHAWN DAVID COULTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David P. Rush (ECF No. 32). Defendant Coulter filed a Motion to Suppress Evidence (ECF No. 16) and a Motion to Suppress Statements and Alleged Consent to Search (ECF No. 28). Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge David P. Rush, who filed a Report and Recommendation on July 15, 2013 (ECF No. 32). Defendant filed objections to the Report and Recommendation on September 10, 2013(ECF No. 39).

The Magistrate Judge recommends that Defendant's Motion to Suppress Evidence (ECF No. 16) and Defendant's Motion to Suppress Statements and Alleged Consent to Search (ECF No. 28) be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [32] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [16] and Defendant's Motion to Suppress Statements and Alleged Consent to Search [28] are **DENIED**.

Dated this 17th day of January, 2014.

　　　　　　　　　　　　　　　　　　/s/ John A. Ross
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE